

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC**. and Woodlake Partners, L.P.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
Honorable William Old, Judge Presiding

## O R D E R

Appellees first motion for extension of time to file their brief is GRANTED. Appellees' brief is due on November 16, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court